# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTOR CAMARGO JUAREZ,

    Plaintiff

v.

WGS GROUP, INC.,

    Defendant

Case No.: 3:21-cv-00064-MMD-WGC

**Order**

    Plaintiff has filed a civil complaint. (ECF No. 1-1.)

    Plaintiff's complaint was not accompanied by an IFP application or the filing fee.

    The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either file his completed IFP application or pay the full filing fee of $402 (consisting of the $350 filing fee and $52 administrative fee). If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. This may take many months.

The court further notes that the advisory letter it sent to Plaintiff on January 28, 2021, as well as the notice of the case assignment, were returned as undeliverable. (ECF Nos. 2, 3, 4.) A party must immediately file with the court written notification of any change in contact information. LR IA 3-1. The failure to comply with this rule may result in dismissal of the action. *Id*.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, this action will be dismissed. The failure to file updated contact information may also result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated: March 23, 2021

_____
William G. Cobb
United States Magistrate Judge