AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Victor Carmargo Juarez

                Plaintiff,

v.

WGS Group, Inc.

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 3:21-cv-00064-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff against Defendant.

12/2/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk